## HALL SMITH *versus* MANOAH HUBBARD

JOURNAL ENTRIES (1821–24): *Journal 3:* (1) Transcript filed, judgment *p. 215; (2) motion to re-tax costs *p. 479.

PAPERS IN FILE: (1) Transcript of county court record; (2) precipe for execution fi. fa.; (3) writ of fi. fa. and return; (4) precipe for alias fi. fa.; (5) alias fi. fa. and indorsements.

*Office Docket,* MS p. 154, c. 86. (Case 136 of 1820) Recorded in *Book A,* MS pp. 164–71.

## UNITED STATES *versus* JAMES MAXWELL

JOURNAL ENTRIES (1821): *Journal 3:* (1) Indictment presented *p. 216; (2) plea, jurors, verdict *p. 245; (3) constable sworn to attend jury *p. 246; (4) sentence *p. 251.

PAPERS IN FILE: (1) Indictment; (2) order to bring defendant; (3) subpoena; (4) panel of jurors.

*1821 Calendar,* MS p. 117. Recorded in *Criminal Records, Book A,* MS pp. 7–10.

## CONRAD TEN EYCK *versus* FRANCIS LASSELLE

JOURNAL ENTRIES (1821): *Journal 3:* (1) Rule for special bail or procedendo *p. 217; (2) discontinued *p. 240.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) copy of indorsement on county court capias.

*1821 Calendar,* MS p. 60. Recorded in *Book A,* MS pp. 252–55.